UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE ENTERPRISES, LLC d/b/a KAY PHARMACY,<br>637 1st Street South<br>Winter Haven, Florida 33880,<br><br>and<br><br>LUXE HEALTH, INC. d/b/a LUXE HEALTH PHARMACY,<br>7400 North Federal Highway, A-10<br>Boca Raton, Florida 33487,<br><br>                          Plaintiffs,<br><br>                -against-<br><br>PHARMACY DATA MANAGEMENT, INC.,<br>8530 Crossroads Drive<br>Youngstown, Ohio 44514<br><br>                          Defendant. | Case No.: 23-cv-175<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Plaintiffs YVONNE ENTERPRISES, LLC d/b/a KAY PHARMACY ("Kay Pharmacy") and LUXE HEALTH PHARMACY ("Luxe Pharmacy") allege as follows for their complaint against PHARMACY DATA MANAGEMENT, INC ("PDMI").

**NATURE OF ACTION**

1. This is an action for breach of contract arising from PDMI's sudden termination of Kay Pharmacy's and Luxe Pharmacy's participation in the "Ready, Set, Prep" program that PDMI administers on behalf of the United States Department of Health and Human Services ("HHS"). Kay Pharmacy and Luxe Pharmacy are parties to a "Donation Agreement" among HHS, Health Mart Systems, Inc. ("Health Mart"), and pharmacies, like Kay Pharmacy and Luxe Pharmacy, that

participate in pharmacy networks established by Health Mart or its affiliates, and have executed a Joinder Agreement to the Donation Agreement. The Donation Agreement sets forth the terms of the program and obligations of the parties. HHS retained PDMI to administer the program under the terms of the Donation Agreement.

2. The Ready, Set, Prep program is a key element of the initiative announced by HHS in February 2019 to end the HIV epidemic in America by reducing the number of new HIV infections by 75% in five years and 90% in 10 years. *See* https://www.hiv.gov/federal-response/ending-the-hiv-epidemic/overview. Ready, Set, Prep is a program designed to expand patient access to pre-exposure prophylaxis, or "PrEP," which is the practice of prescribing drugs that prevent HIV infection in patients who are at substantial risk of acquiring the disease.

3. HHS contracted with Health Mart to distribute PrEP medications to eligible patients at risk for HIV through Health Mart's "Participating Pharmacies" under the terms of the Donation Agreement.

4. Kay Pharmacy and Luxe Pharmacy are 340B contract pharmacies for Alpha Omega Alliance, Inc. ("Alpha Omega"), a nonprofit 340B covered entity that operates free community clinics treating HIV and other infectious diseases serving Florida's homeless and other underserved patient populations. The 340B program allows hospitals and other medical providers, including STD clinics such as those operated by Alpha Omega, to purchase medications at discounts from the manufacture and be reimbursed by insurers or other payors at market prices. The difference ("340B income") subsidizes these medical facilities to provide needed medical services to underserved communities.

5. There is currently an HIV epidemic in Florida's homeless and poor communities. Alpha Omega has partnered with several Florida municipalities to help mitigate this epidemic

through the treatment of HIV infected patients and the distribution of PrEP medication to those at risk for HIV infection but do not have insurance or other means to obtain the medication. As Alpha Omega's 340B contract pharmacies, Kay Pharmacy and Luxe Pharmacy retained Health Mart Atlas, LLC ("HMA") as their Pharmacy Services Administrative Organization ("PSAO"), which allowed them to access the Ready, Set, Prep program as "Participating Pharmacies" under the Donation Agreement.

6. Even though Kay Pharmacy and Luxe Pharmacy have scrupulously complied with the terms of the Donation Agreement, on Friday, January 13, 2023, PDMI suddenly terminated them from the Ready, Set, Prep program without advance warning or written notification. Indeed, Kay Pharmacy and Luxe Pharmacy learned of the termination because their requests for prescription approvals were denied based on their "nonparticipation" in the program. After that, PDMI advised Kay Pharmacy and Luxe Pharmacy that the termination was an error and that they would be reinstated soon. On Wednesday, January 18, 2023, however, the termination was still in effect and Kay and Luxe Pharmacies were verbally informed that an audit would be performed. Neither Kay Pharmacy nor Luxe Pharmacy has received written notice and they have not been informed of anything they did in violation of their obligations under the Donation Agreement.

7. PDMI not only terminated Kay Pharmacy and Luxe Pharmacy from the Ready, Set, Prep program but it is withholding almost $6 million in payments for prescriptions that PDMI previously approved and for which Kay Pharmacy and Luxe Pharmacy have already paid over $2 million. Unless PDMI makes those payments, Kay Pharmacy, Luxe Pharmacy, and Alpha Omega will be forced to stop operating, leaving thousands of Florida homeless and other underserved populations without the PrEP medication they need to prevent a catastrophic spike in the HIV epidemic.

## THE PARTIES

8. Plaintiff Yvonne Enterprises, LLC, d/b/a Kay Pharmacy ("Kay Pharmacy") is a Florida limited liability company with its principal place of business in Florida. Its sole member is Colin Conner, a resident and citizen of Florida.

9. Luxe Health, Inc. d/b/a Luxe Health Pharmacy, is a Florida corporation with its principal place of business in Florida.

10. Pharmacy Data Management, Inc. ("PDMI") is an Ohio corporation with its principal place of business in Ohio.

## JURISDICTION AND VENUE

11. This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1332 because this action seeks interpretation of a contract to which the government is a party. *See*, *e.g.*, *United States v. Anderson County*, 705 F.2d 184, 187 (6th Cir.), *cert. denied*, 464 U.S. 1017 (1983). This Court also has diversity subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States.

12. Venue is proper under 28 U.S.C. § 1404(a) because all parties consent to this district as the exclusive forum for disputes relating to the Donation Agreement.

## BACKGROUND

**A. Kay and Luxe Pharmacies are 340B Contract Pharmacies for Alpha Omega's Free Medical Clinics Serving Florida Homeless and Underserved Patients.**

13. Kay Pharmacy and Luxe Pharmacy are contract pharmacies for Alpha Omega Alliance, Inc. a Florida nonprofit corporation that is a covered entity under the 340B Drug Pricing Program operated by the United States Health Resources & Services Administration ("HRSA").

The 340B Program provides subsidies to covered entities to serve eligible patient populations. Through Continuous Care Center, LLC ("Continuous Care"), Alpha Omega operates medical clinics providing free medical services to homeless and underprivileged patient populations in South Florida.

14. As 340B contract pharmacies for Alpha Omega, Kay and Luxe Pharmacies are contractually obligated to pay most of their revenues to Continuous Care, which enables the clinics to continue operating. The clinics' only source of revenue is the 340B income from Alpha Omega's 340B contract pharmacies, most of which comes from prescriptions written by the clinic's medical providers and filled by Kay and Luxe Pharmacies.

**B.    The Ready, Set, Prep Program.**

15. Kay and Luxe Pharmacies are Participating Pharmacies in the Ready, Set, Prep program (the "RSP Program") that PDMI administers on behalf of HHS. The terms and conditions of the program are set forth in the Donation Agreements and annexed Joinder Agreements executed by Kay Pharmacy and Luxe Pharmacy, which is annexed as Exhibit 1.

16. When an eligible patient of the Alpha Omega's clinics is prescribed PrEP, the patient's medical provider employed by the clinic forwards the prescription to Kay Pharmacy or Luxe Pharmacy. The pharmacy confirms that the patient meets the eligibility criteria for the Ready, Set, Prep program and then obtains a specific approval from PDMI to fill the prescription. The pharmacy then fills the prescription from its stock of medications and delivers the medication to the clinic, which distributes it to the patient. HMA expressly approved this procedure in a March 2022 email exchange annexed hereto as Exhibit 2.

17. PDMI pays the pharmacy for approved and filled prescriptions approximately every two weeks. Before the pharmacy receives payment, however, it is obligated to purchase

replacement medication from its pharmaceutical wholesaler at the 340B discounted price. Thus, Kay and Luxe Pharmacies must advance substantial resources for each PDMI-approved prescription weeks before they receive payment for the prescriptions.

18. Under the Donation Agreement and the Joinder Agreements executed by Kay and Luxe Pharmacies, a Participating Pharmacy may be terminated in the event of a material breach of their obligations, but only if it fails to cure the breach within 40 days after receiving written notice:

> Pharmacy, HHS or Health Mart may terminate this Joinder in the event of a material breach of the terms of the Pharmacy Donation Agreement by any other Party. Such termination shall be effective forty (40) calendar days after the non-breaching Party gives written notice of the material breach to the other Party specifying the breach, unless the breach has been cured before the end of the forty (40) calendar-day period.

Donation Agreement (Exhibit 1) at Exhibit A (Joinder Agreement).

### C. PDMI's Sudden Termination of Kay and Luxe Pharmacies in Violation of the Donation Agreement.

19. On Friday, January 13, 2023, PDMI stopped approving Ready, Set, Prep prescriptions for Kay and Lux Pharmacies. PDMI representatives initially told Kay and Luxe that the problem was due to a communication misunderstanding and that it would be corrected soon. The problem persisted into the next week, however, and on Wednesday, January 18, 2023, Kay and Luxe Pharmacies were told that they had been terminated pending an audit.

20. In the meantime, PDMI is overdue in making payments of $1,106,195.70 and $746,455.21 to Kay Pharmacy and Luxe Pharmacy, respectively, for PDMI-approved prescriptions that the pharmacies have already paid for. Another $1,610,176.80 and $847,560.62 are due next week to Kay Pharmacy and Luxe Pharmacy, respectively, for PDMI-approved prescriptions that the pharmacies have already paid for. Indeed, Kay Pharmacy and Luxe Pharmacy have advanced over $2 million of their funds in reliance on PDMI's approval of these Ready, Set,

Prep prescriptions. And another $880,238.88 and $606,876.12 are due by mid-February to Kay Pharmacy and Luxe Pharmacy, respectively, bringing the total due to both pharmacies to $5,796,503.53.

21.     Unless PDMI makes those payments, Kay and Luxe Pharmacies will not be able to afford to continue operating. And without the 340B income that those payments represent, Alpha Omega will not be able to continue operating its free clinics serving the Florida homeless and other underserved communities.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

22.     Kay and Luxe Pharmacy repeat the allegations set forth in paragraphs 1 through 21.

23.     The Donation Agreement and Joinder Agreements executed by Kay Pharmacy and Luxe Pharmacy constitute binding contracts between Kay Pharmacy and Luxe Pharmacy, on one hand, and HHS and its assignee PDMI, on the other.

24.     Kay Pharmacy and Luxe Pharmacy have complied with all material terms of the Donation Agreements.

25.     PDMI has breached the Donations Agreements by:

 (i)    terminating Kay and Luxe Pharmacies from the RSP Program without written notice specifying a material breach and without providing them with 40 days to cure any such breach; and

 (ii)   failing to make almost $6 million in payments due and payable to Kay and Luxe Pharmacies for Ready, Set, Prep prescriptions that PDMI previously approved and for which Kay and Luxe Pharmacies have already paid in more than $2 million.

26.     Kay and Luxe Pharmacies have incurred monetary damages at least equal to the payments of almost $6 million that PDMI is obligated to make for previously approved and already-paid-for prescriptions.

## SECOND CAUSE OF ACTION
### (Specific Performance -- Injunctive Relief)

27. Kay and Luxe Pharmacy repeat the allegations set forth in paragraphs 1 through 26.

28. The stated purpose of the Donation Agreement is to assist HHS's initiative to end the HIV epidemic by expanding access to PrEP medications to at-risk patients who otherwise would not have access to them. Donation Agreement (Exhibit 1) at pp. 1-2 ("Recitals"). The work that Kay and Luxe Pharmacies perform as 340B pharmacies for Alpha Omega's free clinics contribute to that effort.

29. Kay and Luxe Pharmacies are entitled to the remedy of specific performance of PDMI's obligations under the Donation Agreement because the terms and conditions of the Donation Agreement are definite and certain and, without specific performance, Kay and Luxe Pharmacies lack an adequate legal remedy.

30. Indeed, unless PDMI makes the payments owed to Kay and Luxe Pharmacies and rescinds their termination from the RSP Program, Kay and Luxe Pharmacies will not be able to continue operating and Alpha Omega will be unable to continuing operating its free clinics serving Florida's homeless and other underserved populations. These dire consequences constitute irreparable injury not only to Kay and Luxe Pharmacy, but to the thousands of homeless and poor patients who count on Alpha Omega's free clinics to provide PrEP medication. Specific performance to avoid such irreparable injury is consistent with the purpose and intent of the Donation Agreement.

31. Kay and Luxe Pharmacies are entitled to preliminary injunctive relief and a temporary restraining order directing PDMI to stop withholding payments and to rescind their termination from the RSP Program because:

 (i) There is a substantial likelihood that they will succeed on the claim for specific performance of the Donation Agreement;

 (ii) Injunctive relief is necessary to prevent irreparable harm;

 (iii) The injury to Kay and Luxe Pharmacies would outweigh any injury to PDMI; and

 (iv) The injunction would not disserve the public interest.

## THIRD CAUSE OF ACTION
### (Negligent Misrepresentation)

32. Kay and Luxe Pharmacy repeat the allegations set forth in paragraphs 1 through 31.

33. PDMI approved each Ready, Set, Prep prescription filled by Kay and Luxe Pharmacies before the pharmacies filled and paid for those prescriptions.

34. The approvals were made during the course of the business transactions between PDMI, on one hand, and Kay and Luxe Pharmacies, on the other.

35. Kay and Luxe Pharmacies justifiably relied on PDMI's approvals when they filled the prescriptions and advanced over $2 million of their own funds to pay for the prescriptions.

36. Kay and Luxe Pharmacies have incurred losses of more than $2 million by their justifiable reliance on PDMI's prescription approvals.

37. PDMI failed to exercise reasonable care or competence in communicating the approvals.

## PRAYER FOR RELIEF

WHEREFORE Kay Pharmacy and Luxe Pharmacy demand judgment as follows:

 (i) Specific performance of the Donation Agreement requiring PDMI to make all payments due to Kay Pharmacy and Luxe Pharmacy and to rescind their termination from the RSP Program;

 (ii) An award of monetary damages in an amount to be proven at trial but at least equal to the total overdue payments PDMI owes to Kay and Luxe Pharmacies;

(iii) Pending final judgment, a preliminary injunction and temporary restraining order requiring PDMI to make all payments due to Kay Pharmacy and Luxe Pharmacy and to rescind their termination from the RSP Program; and

(iv) Costs, including reasonable legal fees and expenses, and such other legal and equitable relief as the Court may deem equitable and just.

## JURY DEMAND

Plaintiffs demand a jury.

Dated: January 20, 2023

Respectfully submitted,

THE GRIFFITH FIRM

By: */s/Edward Griffith*
Edward Griffith, Esq.
Bar ID: 411765
209 Lincoln Place 6A
Brooklyn, New York 11217
(646) 645-3784 (mobile)
eg@thegriffithfirm.com